JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 878-2889
Facsimile:  (702) 522-1542
jim@oronozlawyers.com
*Attorney for Mario Abrego*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  2:18-cr-00223-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| MARIO ABREGO | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant MARIO ABREGO, by and through his attorney, JAMES A. ORONOZ, ESQ., the United States of America, by and through MELANEE SMITH, ESQ., and KIMBERLY SOKOLICH, ESQ., Assistant United States Attorneys, that the sentencing hearing currently scheduled for August 31, 2022, at the hour of 1:30 p.m., be vacated and continued for at least ninety (90) days past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1.     Counsel requires additional time to review and analyze all mitigation materials received in this matter, as well as meet and confer with their client.

2.     Defense Counsel for Mario Abrego has spoken to his client, who is in custody, and Mr. Abrego does not oppose the continuance.

3.     Defense Counsel for Mario Abrego has spoken to the Assistant United States Attorney Kimberly Sokolich, and the Government has no objection to the continuance.

1

4.    The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5.    The additional time requested herein is not sought for purposes of delay.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

Dated: August 8, 2022

Respectfully submitted,

*/s/ James A. Oronoz*
James A. Oronoz, Esq.
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, NV 89144
*Attorney for Mario Abrego*

*/s/ Kimberly Sokolich*
Kimberly Sokolich, Esq.
Assistant United States Attorney
Melanee Smith
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

2

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 878-2889
Facsimile:  (702) 522-1542
jim@oronozlawyers.com
*Attorney for Mario Abrego*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO:  2:18-cr-00223-APG-DJA |
| vs. | ) **FINDINGS OF FACT, CONCLUSIONS** |
| MARIO ABREGO | ) **OF LAW AND ORDER** |
| Defendant. | ) |

Based on the pending Stipulation of counsel, and good cause appearing, therefore, the Court finds:

1.      Counsel requires additional time to review and analyze all mitigation materials received in this matter, as well as meet and confer with their client.

2.      Defense Counsel for Mario Abrego has spoken to his client, who is in custody, and Mr. Abrego does not oppose the continuance.

3.      Defense Counsel for Mario Abrego has spoken to the Assistant United States Attorney Kimberly Sokolich, and the Government has no objection to the continuance.

4.      The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5.      The additional time requested herein is not sought for purposes of delay.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to prepare for Sentencing Hearing effectively and thoroughly.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 31, 2022, at the hour of 1:30 p.m. be vacated and continued to the 29th day of November, 2022, at the hour of  1:30 p.m..

DATED AND DONE this 9th day of August, 2022.

_____

UNITED STATES DISTRICT JUDGE